# APPEARANCE FORM FOR PRO SE LITIGANTS
# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Mark J. Kronenberg_
(Please print)

STREET ADDRESS: _Non-Residential  31198 IL Rt 40_

CITY/STATE/ZIP: _Milledgeville, IL 61051_

PHONE NUMBER: _815-225-5348_

CASE NUMBER: **08 C 50128**

_Mark J. Kronenberg_
Signature

_6/12/08_
Date

F I L E D

JUL 01 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT