# United States District Court for the Northern District of Illinois

Case Number: **08 50128**           Assigned/IssuedBy: **P6**

## FEE INFORMATION

**Amount Due:**  [X] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____

**FILED JUL 01 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

*(For use by Fiscal Department Only)*

Amount Paid: **350.00**           Receipt #: **3292**
Date Paid: **7/1/08**             Fiscal Clerk: **PM**

## ISSUANCES

**Type Of Issuance:**
[X] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____ (Type of Writ)

**3** Original and **0** copies on **7-1-08** (Date) as to **IRS, US Atty/Rkfd Atty General**

C:\wpwin80\docket\feeinfo.frm   01/01