AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE: July 2, 2008 |
| NAME OF SERVER (PRINT): Kimberly S Kronenberg | TITLE: |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Patrick Fitzgerald, 308 W. State St. Room 300, ~~Flash~~ ~~Plaza~~ Rockford, IL 61101

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | —0— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 2, 2008
　　　　　　Date

Signature of Server: KSK

Address of Server: P. Box 88 Milledgeville, IL 61051

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.