UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

Mark J. Kronenberg
                                   Plaintiff,

v.                                               Case No.: 3:08−cv−50128
                                                    Honorable Philip G. Reinhard

Internal Revenue Service(IRS), et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Status hearing held on 8/13/2008. Status hearing set for 9/5/2008 at 01:30 PM. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.