IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| MARK J. KRONENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-50128 |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | Judge Reinhard |
| | ) | |
| | ) | Mag. Judge Mahoney |
| Defendant. | ) | |

**<u>NOTICE OF MOTION TO DISMISS</u>**

PLEASE TAKE NOTICE that on Friday, September 5, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard, counsel for the United States of America shall appear before the Honorable P. Michael Mahoney, in the courtroom usually occupied by that Judge, at 211 South Court Street, Rockford, Illinois, to present the accompanying Motion to Dismiss.

*/s/ Christine S. Hooks*
CHRISTINE S. HOOKS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
(202) 514-6060
(202) 514-5238 (facsimile)
Christine.S.Hooks@usdoj.gov

1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 2nd day of September, 2008:

        Mark J. Kronenberg
        P.O. Box 88
        Milledgeville, Illinois 61051

        /s/ Christine S. Hooks
        CHRISTINE S. HOOKS
        Trial Attorney, Tax Division